IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Kathryn W. Kirchner, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:14cv482 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 18, 2015 a Report and Recommendation (Doc. 16). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 18) and the defendants filed a response to the objections (Doc. 20).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

    Accordingly, the decision of the Commissioner is AFFIRMED since it is supported by substantial evidence.  This case is hereby TERMINATED from the docket of this Court.

    IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
                                                  Judge Susan J. Dlott
                                                  United States District Court